IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01975-BNB

KEITH FRAZIER,

    Plaintiff,

v.

JOE ORTIZ, Executive Director, CDOC,
COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
LIMON CORRECTIONAL FACILITY ("LCF"),
AL ESTEP, Warden, LCF,
LOU ARCHULETA, Warden, LCF,
DELAYNE TORNOWSKI, Associate Warden, LCF,
ANTHONY A. DECESARO, Step III Grievance Officer, CDOC,
JOHN DOE #1, Law Librarian, LCF,
HIGGENBOTHEM, Law Librarian, LCF,
A. COSNER, Law Librarian, LCF,
OFFICE OF CORRECTIONAL LEGAL SERVICES, CDOC,
ANTHONY, Case Manager, LCF,
P. GABRIEL (#5165), Mailroom Employee, LCF,
C. JACQUES, Mailroom Employee, LCF,
SANDI PATRICK-HENDRIX, Mailroom Employee, LCF,
MAILROOM, LCF,
READING COMMITTEE, LCF,
CENTRAL READING COMMITTEE, CDOC,
CATHIE HOLST, Office of Correctional Legal Services, Central Reading Committee
    Chair, CDOC,
ACCOUNTING DEPARTMENT/BANKING SERVICE, LCF,
TREVOR WILLIAMS, Review Committee Chair, Custody/Control Manager, LCF,
TONY OUTEN, Custody/Control Manager, LCF,
MENTAL HEALTH/SEX OFFENDER TREATMENT PROGRAM STAFF, LCF,
JOHN DOE #2, Chief of Clinical Services, LCF,
BILL RUSHER, Reading Committee Chair, LCF,
TOM O'BRIEN, Step II Grievance Officer, LCF, and
JAMES D. (#2251), Step I Grievance Officer, LCF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 01 2007

GREGORY C. LANGHAM
            CLERK

---

ORDER OF DISMISSAL

---

Plaintiff Keith Frazier initiated this action by filing *pro se* a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," a "Prisoner Complaint," "Plaintiff's Motion for Appointment of Counsel," "Plaintiff's Motion Requesting Permission to Serve a Single Complaint on the Attorneys Who Represent All of the Defendants," and "Plaintiff's Motion Requesting Limited Interrogatories to Identify Unnamed/Unknown Defendants." In an order filed on September 20, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Frazier to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Frazier to file the complaint and *in forma pauperis* motion on the proper forms. Mr. Frazier was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

The Court's docketing records do not indicate that Mr. Frazier has filed any papers in this action in response to Magistrate Judge Boland's September 20 order. However, the Court has discovered that Mr. Frazier did submit to the Court for filing on September 28, 2007, a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" and a "Prisoner Complaint" on the proper forms. It appears that the "Prisoner Complaint" submitted to the Court on September 28 raises the same claims that are asserted in the instant action. The clerk of the Court was directed to commence a new civil action in response to the complaint and *in forma pauperis* motion received on September 28 because those documents did not have a case number. *See Frazier v. Ortiz*, No. 07-cv-02131-BNB (D. Colo. filed Oct. 10, 2007). Mr.

Frazier also was granted leave to proceed *in forma pauperis* in 07-cv-02131-BNB in an order entered by Magistrate Judge Boland on October 10, 2007. Mr. Frazier has not filed any response to Magistrate Judge Boland's October 10 order in 07-cv-02131-BNB to explain why he apparently has commenced two separate actions raising the same claims.

In any event, because Mr. Frazier has not filed any documents in this action to cure the deficiencies within the time allowed in Magistrate Judge Boland's September 20 order, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this 31 day of Oct. , 2007.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01975-BNB

Keith Frazier
Reg. No. 114542
CCCF
6564 State Highway 96
Olney Springs, CO 81062-8700

   I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  11-1-07

                                                    GREGORY C. LANGHAM, CLERK

                                            By: _____
                                                        Deputy Clerk